

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00273-CR

Mark Henry **BENAVIDES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7193
Honorable Dick Alcala, Judge Presiding

# O R D E R

     Appellant's brief was original due September 19, 2018. After this court granted two prior thirty-day extension, appellants brief was due November 19, 2018. On November 20, 2018, appellant filed a third motion for extension of time asking for an addition forty-five days in which to file his brief. After review, we **GRANT IN PART AND DENY IN PART** appellant's third motion for extension of time. Specifically, we grant appellant another thirty-day extension of time to file his brief, but deny his request for an additional forty-five days in which to file his brief. We **ORDER** appellant to file his brief in this court **on or before December 19, 2018. Appellant is advised that no further extensions of time to file appellant's brief will be granted absent written proof of extraordinary circumstances.**

     We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court